AO 245D     (Rev. 09/11) Judgment in a Criminal Case for Revocations
            Sheet 1

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JUL 16 2012

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

# UNITED STATES DISTRICT COURT
Eastern District of Arkansas

| UNITED STATES OF AMERICA | Judgment in a Criminal Case |
|---|---|
| v. | (For **Revocation** of Probation or Supervised Release) |
| ANTOINE LEDALE PERKINS | |

Case No.  4:11CR00207-01 BSM

USM No.  05346-010

Lisa Peters
_____
Defendant's Attorney

**THE DEFENDANT:**

☑ admitted guilt to violation of condition(s)  General, Standard, Special  of the term of supervision.

☑ was found in violation of condition(s)  Standard  after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| General | Failure to refrain from committing another crime. | 10/10/2011 |
| Standard | Failure to notify probation officer within 72 hours of being arrested. | 04/09/2011 |
| General | Failure to not illegally possess a controlled substance | 09/28/2011 |

The defendant is sentenced as provided in pages 2 through  3  of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.:  0220

Defendant's Year of Birth:  1979

City and State of Defendant's Residence:
Little Rock, Arkansas

07/02/2012
Date of Imposition of Judgment

_____
Signature of Judge

BRIAN S. MILLER,           U. S.   DISTRICT JUDGE
Name and Title of Judge

7-16-12
Date

Judgment—Page 2 of 3

DEFENDANT: ANTOINE LEDALE PERKINS
CASE NUMBER: 4:11CR00207-01 BSM

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Concluded |
|---|---|---|
| Standard | Failure to not associate with any persons engaged in criminal activity | 07/25/2011 |
| Standard | Leaving the judicial district without permission of the court or probation officer | 07/21/2011 |
| General | Failure to refrain from unlawful use of a controlled substance | 07/25/2011 |
| Special | Failure to participate in a substance abuse treatment program | 09/06/2011 |

AO 245D (Rev. 09/11) Judgment in a Criminal Case for Revocations
Sheet 2— Imprisonment

Judgment — Page 3 of 3

DEFENDANT: ANTOINE LEDALE PERKINS
CASE NUMBER: 4:11CR00207-01 BSM

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total total term of :

**EIGHTEEN (18) MONTHS WITH NO SUPERVISED RELEASE TO FOLLOW**

☒ The court makes the following recommendations to the Bureau of Prisons:

**The defendant shall particiapate in residential or nonresidential substance abuse treatment during incarceration. Defendant shall serve his term of imprisonment at FCI - Forrest City, Arkansas.**

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:
  ☐ at _____ ☐ a.m. ☐ p.m. on _____ .
  ☐ as notified by the United States Marshal.

☒ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
  ☒ before 2 p.m. on 08/16/2012 .
  ☐ as notified by the United States Marshal.
  ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:



Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL